**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

REBECCA C.,

        Plaintiff,

        -v-                     5:25-CV-862 (AJB/MJK)

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____

**Hon. Anthony Brindisi, U.S. District Judge:**

**ORDER ON REPORT & RECOMMENDATION**

On July 1, 2025, plaintiff Rebecca C.[1] ("plaintiff") filed this action seeking review of the final decision of defendant Commissioner of Social Security ("Commissioner") denying her application for benefits under the Social Security Act. Dkt. No. 1. Along with her complaint, plaintiff moved for leave to proceed _in forma pauperis_ ("IFP Application"). Dkt. No. 3.

The matter was referred to U.S. Magistrate Judge Mitchell J. Katz for a Report & Recommendation ("R&R"). _See_ Dkt. No. 4. Judge Katz granted plaintiff's IFP Application, Dkt. No. 7, the Commissioner filed a certified copy of the Administrative Record, Dkt. No. 11, and the parties briefed the matter in accordance with General Order 18, which provides that an appeal from the Commissioner's denial of benefits will be treated as if the parties have cross-moved for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure, Dkt. Nos. 15, 23, 26.

---

[1] On May 1, 2018, the Judicial Conference's Committee on Court Administration and Case Management issued a memorandum that encouraged courts to better protect the privacy of non-governmental parties in Social Security matters by using only the first name and last initial of the claimant in published opinions.

On May 8, 2026, Judge Katz advised by R&R that: (1) plaintiff's motion should be granted; (2) the Commissioner's motion should be denied; (3) the Commissioner's final decision should be vacated; and (4) this matter should be remanded for further proceedings. *See* Dkt. No. 27. Among other things, Judge Katz concluded that the ALJ had failed to comply with a prior remand order issued by the Appeals Council in connection with plaintiff's benefits claim. *See id.*

Neither party has lodged objections, and the time period in which to do so has expired. *See* Dkt. No. 27. Upon review for clear error, Judge Katz's R&R is accepted and will be adopted. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 27) is ACCEPTED;

2. Plaintiff's motion is GRANTED;

3. The Commissioner's motion is DENIED;

4. The Commissioner's final decision is VACATED; and

5. This matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with this Order and the R&R.

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

**IT IS SO ORDERED.**

Dated:  June 1, 2026
        Utica, New York.

Anthony J. Brindisi
U.S. District Judge